# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### *Pro Se* Non-Prisoner Complaint Form

*[Enter the full name of the plaintiff in this action]*

Christopher Windell
Johnson

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Samuel Truett Cathy
Chick Fil A Corporation
Wayne Farms
Don Byrd

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.
_____
*(to be assigned by Clerk)*

RECEIVED
USDC CLERK, COLUMBIA
2011 MAR -1  P 2:31

---

***If allowed by statute, do you wish to have a trial by jury?*  Yes ✓     No _____**
*[If any answer requires additional space, please use additional paper and attach hereto.]*

I.  **PREVIOUS LAWSUITS**

   A.  *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

       Yes _____   No ✓

   B.  *If your answer to A is Yes, describe the lawsuit in the space below.  [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

       1.  *Parties to this previous lawsuit:*
           Plaintiff: _____
           Defendant(s): _____
       2.  *Court:* _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____    No __✓___

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Christopher W. Johnson

   Address: P.O. Box 669 Denmark S.C. 29042

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Samuel Truett Cathy -5200-

   Address: 5200 Buffington Rd College Pk Ga 30349

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

   Chick Fil A Corporation -same as above
   Wayne Farms - 4110 Continential Dr. Oakwood Ga
   Don Byrd-229 Bush River Rd. Columbia   30566
   S.C. 29210

   _____

   _____

   _____

   _____

## III. STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

**III. STATEMENT OF CLAIM - *continued*.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IV. RELIEF.**

*State briefly and exactly what you want this court to do for you.*

I am seeking Justice for what happend
to me as a result of Chick Fil A is
negligence. I am a citizen of the
united States of America and should have
had and recieved better treatment. I am
seeking a jury trial.

---

---

---

---

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this ___1st___ day of ___March___, 20_11_.

_Signature of Plaintiff_